# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**CASHMAN EQUIPMENT CORP**,

   **Plaintiff**,

v.                                              Case No. 3:23-cv-24427-TKW-HTC

**SKANSKA USA CIVIL**
**SOUTHEAST INC**,

   **Defendant**.

_____/

## ORDER OF RECUSAL

I recuse myself from this case for the same reasons that I recused myself from the other cases involving Skanksa and the Pensacola Bay Bridge project. *See* 28 U.S.C. §455(a), (b)(1), (b)(5)(iii). Accordingly, it is **ORDERED** that the Clerk shall reassign this case to another district judge.

**DONE and ORDERED** this 18th day of September, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**