UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASHMAN EQUIPMENT CORP.,

   Plaintiff,

v.

SKANSKA USA CIVIL
SOUTHEAST, INC.,

   Defendant.

CASE NO. 3:23-cv-24427-MCR/HTC

## ORDER

I hereby recuse myself from presiding over this matter.

**DONE AND ORDERED** this 18th day of October 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**